**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**EDWARD FERGUSON**                                                                 **PLAINTIFF**
**ADC #094606**

**v.**                                         **Case No. 4:23-CV-00079-LPR**

**DEXTER PAYNE, et al.**                                                       **DEFENDANTS**

**ORDER**

The Court has reviewed the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 15) and the objections filed by Mr. Ferguson (Doc. 16). After a careful review of the objections, and a *de novo* review of the PFR and the entire record, the Court concludes that the PFR should be, and hereby is, approved and adopted in its entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT:

1.     Mr. Ferguson's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2.     All pending motions are denied as moot.

3.     The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

4.     The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE