IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EDWARD FERGUSON**  **PLAINTIFF**
**ADC #094606**

v.   Case No. **4:23-CV-00079-LPR**

**DEXTER PAYNE, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Edward Ferguson's Complaint is dismissed without prejudice. The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 30th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE